AO 450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Christopher Moncrief, | **JUDGMENT IN A CIVIL CASE** |
| vs. | CASE NUMBER: 2:10-cv-117 |
| Warden, Warren Correctional Institution | Judge: Peter C. Economus |

\_\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_\_   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.**  This action came before the Court without trial or hearing and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED**: The court therefore ADOPTS the [20] Report and Recommendation. The petition for writ of habeas corpus is DENIED, this action is hereby DISMISSED.


                                        JAMES BONINI, CLERK
DATE: July 30, 2012

                                        */s/ Susan Rasoletti*
                                        (By) Susan Rasoletti, Deputy Clerk